DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs | ) 2:10-MJ-0480-RJJ |
| | ) |
| PREMISES LOCATED AT | ) |
| SILVERADO SELF-STORAGE, | ) |
| UNIT D144, | ) |
| 9930 SPENCER STREET, | ) |
| LAS VEGAS, NEVADA | ) |
| CITY OF LAS VEGAS, | ) |
| COUNTY OF CLARK | ) |
| STATE OF NEVADA | ) |
| | ) |

GOVERNMENT'S APPLICATION FOR AN ORDER
TO UNSEAL AFFIDAVIT

COMES NOW the United States of America, by and through Daniel G. Bogden, United

States Attorney, and Bradley W. Giles, Assistant United States Attorney, and moves this Court to

unseal the Affidavit together with the Application, the Court's Order and search warrant return for

purposes of discovery in the above-captioned matter.

Unsealing is necessary to permit the Government to copy and distribute the above

referenced documents to the defense.

DATED this _9th_ day of August, 2010.

DANIEL G. BOGDEN
United States Attorney

BRADLEY W. GILES
Assistant United States Attorney

1

2

3

4

5

6               *UNITED STATES DISTRICT COURT*

7                    *DISTRICT OF NEVADA*

8                           *-oOo-*

9    UNITED STATES OF AMERICA              )
                                           )
10     vs                                  ) 2:10-MJ-00480-RJJ
                                           )
11   PREMISES LOCATED AT                   )
     SILVERADO SELF-STORAGE,               )
12   UNIT D144,                            )
     9930 SPENCER STREET,                  )
13   LAS VEGAS, NEVADA                     )
     CITY OF LAS VEGAS,                    )
14   COUNTY OF CLARK                       )
     STATE OF NEVADA                       )
15   _____)

16                          ORDER

17          Based on Government's Application for an Order to Unseal the Affidavit together with

18   the Application , the Court's Order, and search warrant return issued in the above-captioned matter

19   and good cause appearing, therefor

20          IT IS SO ORDERED that the Affidavit, the Application , the Court's Order and search

21   warrant return be unsealed.

22

23          DATED this 13 day of August, 2010.

24

25

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE